**Todd M. Friedman (216752)**
**Arvin Ratanavongse (257619)**
**Law Offices of Todd M. Friedman, P.C.**
**324 S. Beverly Dr., Suite 725**
**Beverly Hills, CA 90211**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**
**Aratanavongse@toddflaw.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY LEBLANC,** | ) Case No. 3:14-cv-02416-MEJ |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **DIVERSIFIED CONSULTANTS, INC.;** | ) |
| **and DOES 1 to 20, INCLUSIVE,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of August, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 18th day of August, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Virginia A. Phillips
United States District Court
Northern District of California

**Debbie Paulerio Kirkpatrick**
Sessions Fishman Nathan & Israel, L.L.P.
Email: dkirkpatrick@sessions-law.biz

**June Grace Felipe**
Carlson Messer LLP
Email: Felipeg@cmtlaw.com

**Tamar Gabriel**
Carlson Messer LLP
Email: gabrielt@cmtlaw.com
**Attorneys for Defendant**

This 18th day of August, 2014.

/s/Todd M. Friedman
Todd M. Friedman