## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY LEBLANC,** | ) Case No. 3:14-cv-02416-MEJ |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **DIVERSIFIED CONSULTANTS, INC.;** **and DOES 1 to 20, INCLUSIVE,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 17th day of September, 2014.



Honorable Magistrate Judge Maria-Elena James

Order to Dismiss - 1